FILED

MAY 1 9 2017

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY          MXN          DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH BROWN, an individual,<br><br>                                        Plaintiff,<br><br>        v.<br>ARTEC GLOBAL MEDIA, INC., a<br>Nevada corporation; et al,<br><br>                                        Defendants. | CASE NO. 16cv2651-WQH-KSC<br><br>ORDER |

HAYES, Judge:

The matter before the Court is the Motion to Withdraw as Counsel of Record filed by Elizabeth Smith Chavez of Smith Chavez Law, attorney of record for Defendants Walter Welsh and Nova Capital Advisors, LLC. (ECF No. 42).

## I. Relevant Procedural History

On October 26, 2016, Plaintiff Keith Brown ("Plaintiff") commenced this action by filing a complaint. On December 6, 2016, Defendants Walter Welsh and Nova Capital Advisors, LLC filed an answer to the complaint. (ECF No. 14). On January 17, 2017, Plaintiff filed the First Amended Complaint. (ECF No. 29). On January 27, 2017, Defendants Walter Welsh and Nova Capital Advisors, LLC filed an answer to the First Amended Complaint. (ECF No. 31). On May 12, 2017, Elizabeth Smith Chavez, attorney of record for Defendants Walter Welsh and Nova Capital Advisors, LLC, filed the Motion to Withdraw as Counsel of Record. (ECF No. 42).

1  / / /

2  **II. Motion to Withdraw as Counsel of Record (ECF No. 42)**

3       Attorney Chavez contends that the conduct of Defendants Walter Welsh and
4  Nova Capital Advisors, LLC has made it unreasonably difficult for her and Smith
5  Chavez Law to carry out representation in this matter. Attorney Chavez contends that
6  Defendants Walter Welsh and Nova Capital Advisors, LLC will suffer no prejudice if
7  the Court grants the Motion to Withdraw as Counsel of Record because "[t]here are no
8  pending matters (other than the motions to dismiss filed by other Defendants), and
9  there is sufficient time for [Defendants] Welsh/Nova to seek and retain new counsel
10  and for that new counsel to prepare to defend this action." (ECF No. 42 at 3).

11       Prior to ruling on the Motion to Withdraw as Counsel of Record, the Court will
12  provide Defendants Walter Welsh and Nova Capital Advisors, LLC an opportunity to
13  file a response to the Motion to Withdraw as Counsel of Record. Defendant Nova
14  Capital Advisors, LLC is notified that corporations cannot proceed *pro se* in this Court,
15  pursuant to the Local Civil Rules for the Southern District of California. *See* CivLR
16  83.3(j) ("Only natural persons representing their individual interests in propria persona
17  may appear in court without representation by an attorney permitted to practice
18  pursuant to Civil Local Rule 83.3. All other parties, including corporations,
19  partnerships and other legal entities, may appear in court only through an attorney
20  permitted to practice pursuant to Civil Local Rule 83.3."); *see also Simon v. Hartford*
21  *Life, Inc.*, 546 F.3d 661, 664 (9th Cir. 2008) ("[C]ourts have routinely adhered to the
22  general rule prohibiting *pro se* plaintiffs from pursuing claims on behalf of others in
23  a representative capacity.").

24       Defendants Walter Welsh and Nova Capital Advisors, LLC may submit any
25  response within **thirty (30) days** from the date of this Order. Attorney Chavez shall
26  serve a copy of this Order on Defendants Walter Welsh and Nova Capital Advisors,
27  LLC and file proof of service as to both Defendant Walter Welsh and Defendant Nova
28  Capital Advisors, LLC in the docket of this case within **seven (7) days** from the date

1  of this Order.  The Motion to Withdraw as Counsel of Record (ECF No. 42) remains

2  pending.

3

4  DATED: _____ 5/19/17 _____                    _____

5                                                    **WILLIAM Q. HAYES**

6                                                    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -                                    16cv2651-WQH-KSC