**Transferred case has been opened**
cmecf   to: InterDistrictTransfer_CASD                         07/10/2017 10:38 AM

CASE: 3:16-cv-02651

DETAILS: Case transferred from California Southern has been opened in District of Nevada as case 2:17-cv-01883, filed 07/06/2017.